IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WARNELL OWENS,

    Petitioner,

v.                         Case No. 1:16cv254-MW/EMT

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 27, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 31. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**. A Certificate of Appealability is **DENIED**. Petitioner's Application for Certificate of Appealabilty, ECF No. 32, is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on November 5, 2018.

                                            **s/ MARK E. WALKER**
                                            **Chief United States District Judge**